UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| United States Department of Agriculture, <br> Plaintiff, <br><br> v. <br><br> Cynthia Cople, <br> Defendant. | ) <br> ) Docket No. _____ <br> ) <br> ) RESPONSE TO COMPLAINT <br> ) AND <br> ) REQUEST FOR MEDIATION <br> ) |

## IMPORTANT NOTICE TO HOMEOWNER

A foreclosure case has been filed against you in federal court. **You will probably lose your home if you do not file a written Response within 21 days.** You can use this form as your Response. Just fill out this form and return it to the court in the enclosed envelope so that the court receives it **before the 21-day deadline**. Mail a copy to the lender's lawyer. You can attach additional sheets if this form does not give you enough space.

1. **Your Response**

**To protect your rights in this case, you must file a response.** You can file a response by checking the box below. Fill in your address, if it is not already stated.

[X] I live at and own the building at __14 Snackerdy Rd Nobleboro Me__
I believe there are good reasons I should not lose my home to foreclosure. I deny at least some of the lender's statements in the foreclosure complaint. I assert all affirmative defenses that apply to my case.

2. **Your Right to Mediation**

**You have the right to meet with your lender and a neutral third party.** This free meeting gives you the chance to talk about how you might avoid foreclosure – before a judge hears your case. This is called a "mediation" meeting. At the meeting a neutral court mediator will help you and the lender try to come to an agreement. The mediator will not force you to accept an agreement.

When you return this form to the court, the court clerk will schedule you for a mediation meeting.

_C a Cople_
Your Signature

_Cynthia A Cople_
Your Name Printed

_cndcople@gmail.com_
Email Address *(for official court use only)*

Date: __5/19/2025__

Address: __14 Snackerdy Rd__
__Nobleboro, Me 04555__
Street Address, City, State, Zip Code

Phone Number: __207-542-5026__

AO 398 (Rev. 01/09) Notice of a Lawsuit and Request to Waive Service of a Summons

# UNITED STATES DISTRICT COURT
for the
District of Maine

| United States Department of Agriculture | ) | |
|---|---|---|
| *Plaintiff* | ) | |
| v. | ) | Civil Action No. |
| Cynthia Caple | ) | |
| *Defendant* | ) | |

## NOTICE OF A LAWSUIT AND REQUEST TO WAIVE SERVICE OF A SUMMONS

To: Cynthia Caple
*(Name of the defendant or - if the defendant is a corporation, partnership, or association - an officer or agent authorized to receive service)*

**Why are you getting this?**

A lawsuit has been filed against you, or the entity you represent, in this court under the number shown above. A copy of the complaint is attached.

This is not a summons, or an official notice from the court. It is a request that, to avoid expenses, you waive formal service of a summons by signing and returning the enclosed waiver. To avoid these expenses, you must return the signed waiver within ____ days *(give at least 30 days, or at least 60 days if the defendant is outside any judicial district of the United States)* from the date shown below, which is the date this notice was sent. Two copies of the waiver form are enclosed, along with a stamped, self-addressed envelope or other prepaid means for returning one copy. You may keep the other copy.

**What happens next?**

If you return the signed waiver, I will file it with the court. The action will then proceed as if you had been served on the date the waiver is filed, but no summons will be served on you and you will have 60 days from the date this notice is sent (see the date below) to answer the complaint (or 90 days if this notice is sent to you outside any judicial district of the United States).

If you do not return the signed waiver within the time indicated, I will arrange to have the summons and complaint served on you. And I will ask the court to require you, or the entity you represent, to pay the expenses of making service.

Please read the enclosed statement about the duty to avoid unnecessary expenses.

I certify that this request is being sent to you on the date below.

Date: 5/19/2025

C a Caple
*Signature of the attorney or unrepresented party*

Cynthia A Caple
*Printed name*

14 Snackerdy Rd Nobleboro Me 04555
*Address*

cndcaple@gmail.com
*E-mail address*

207-542-5026
*Telephone number*