UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| UNITED STATES DEPARTMENT OF AGRICULTURE,<br><br>PLAINTIFF<br><br>v.<br><br>CYNTHIA CAPLE,<br><br>DEFENDANT | CIVIL ACTION NO.:<br>2:25-cv-00195-JAW |

## STATUS REPORT

Now comes the United States Department of Agriculture through its counsel and reports on the status of the above-captioned matter as follows:

1. Plaintiff agreed to reamortize the existing loan with the defendant of 3.625%, incorporating the current arrearage of $69,098.66, which will be reduced by a payment of $8,000.00 to be made by Defendant. All funds are to be made payable to the United States Department of Agriculture.

2. As of the date of this filing, the plaintiff has been unable to verify receipt of funds, potentially due to the ongoing government shutdown.

3. The parties are scheduled to participate in a second mediation session for the first available date after November 10, 2025.

Dated this October 14, 2025.

/s/ *Kevin J. Crosman*
Kevin J. Crosman, Bar No. 4279
Attorney for Plaintiff

JENSEN BAIRD
Ten Free Street

PO Box 4510
Portland, Maine 04112-4510
(207) 775-7271
kcrosman@jensenbaird.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on October 14, 2025, I caused a copy of the foregoing to be served by way of the ECF system, which will send notice of such filing to all counsel of record.

The following parties were notified by First Class Mail, Postage Pre-Paid:

Cynthia Caple
14 Snackerty Road
Nobleboro, ME 04555

Dated at Portland, Maine, this October 14, 2025.

/s/ *Kevin J. Crosman*
_____
Kevin J. Crosman, Bar No. 4279
Attorney for Plaintiff